IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

VEDA ANN PUCKETT                                                                                    PLAINTIFF

v.                                          Case No. 2:11-CV-02223

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                     DEFENDANT

**J U D G M E N T**

Currently before the Court is the Report and Recommendation (Doc. 11) filed in this case on September 27, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  The objection period has passed with no objections being filed by either party.

The court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**.  Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 1st day of November, 2012.

*/s/P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE